# Exhibit A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1<br>Through 10, Inclusive<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>ELECTRONICALLY FILED<br>10/18/2018<br>Kern County Superior Court<br>Tamarah Harber-Pickens<br>By Rebecca Polson, Deputy |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Metropolitan Division<br>1415 Truxtun Avenue<br>Bakersfield, CA 93301 | **CASE NUMBER**<br>*(Número del Caso)*<br>BCV-18-102639 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Knight Law Group, LLP
10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067
(310) 552-2250

| DATE:<br>*(Fecha)* 10/18/2018 TAMARAH HARBER-PICKENS | Clerk, by<br>*(Secretario)* Rebecca Polson | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*  Ford Motor Company, a Delaware Corporation

   under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*  10-19-18

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

ELECTRONICALLY FILED
10/18/2018 8:52 AM
Kern County Superior Court
Tamarah Harber-Pickens
By Rebecca Polson, Deputy

1  **KNIGHT LAW GROUP, LLP**
2  Steve Mikhov (SBN 224676)
   stevem@knightlaw.com
3  Amy Morse (SBN 290502)
   amym@knightlaw.com
4  10250 Constellation Blvd., Suite 2500
   Los Angeles, CA 90067
5  Telephone: (310) 552-2250
6  Fax: (310) 552-7973

7  Attorneys for Plaintiffs,
   PAUL CORTEZ MARTINEZ and
8  ESTELLA C. MARTINEZ

9

10                 **SUPERIOR COURT OF CALIFORNIA**

11                       **COUNTY OF KERN**

12

13  **PAUL CORTEZ MARTINEZ and**          Case No.:   BCV-18-102639
    **ESTELLA C. MARTINEZ,**
14                                        Unlimited Jurisdiction

15            Plaintiffs,

16        vs.                             **COMPLAINT**

17
                                          1. **VIOLATION OF SONG-BEVERLY**
18  **FORD MOTOR COMPANY, a Delaware**       **ACT - BREACH OF EXPRESS**
    **Corporation, and DOES 1 through 10,**   **WARRANTY**
19  **inclusive,**
                                          2. **VIOLATION OF SONG-BEVERLY**
20                                           **ACT - BREACH OF IMPLIED**
                                             **WARRANTY**
21            Defendants.
                                          3. **VIOLATION OF THE SONG-**
22                                           **BEVERLY ACT SECTION 1793.2**

23

24                                        *Assigned for All Purposes to the*
                                          *Honorable*
25
                                          Department
26

27

28

                                   -1-
                    MARTINEZ v. FORD COMPLAINT

1    Plaintiffs, PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ, allege as
2  follows against Defendants, FORD MOTOR COMPANY, a Delaware Corporation, ("FORD"),
3  and DOES 1 through 10 inclusive, on information and belief, formed after an inquiry reasonable
4  under the circumstances:

6                       **DEMAND FOR JURY TRIAL**
7    1.    Plaintiffs, PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ, hereby demand
8  trial by jury in this action.

9                       **GENERAL ALLEGATIONS**
10    2.    Plaintiffs, PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ, are individuals
11  residing in the City of Bakersfield, County of Kern, and State of California.

12    3.    Defendant FORD is and was a Delaware Corporation registered to do business in the State
13  of California with its registered office in the City of Los Angeles, County of Los Angeles, and State
14  of California.

15    4.    These causes of action arise out of the warranty obligations of FORD in connection with a
16  vehicle purchased by Plaintiffs and for which FORD issued a written warranty.

17    5.    Plaintiffs do not know the true names and capacities, whether corporate, partnership,
18  associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under
19  the provisions of section 474 of the California Code of Civil Procedure. Defendant Does 1 through
20  10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth
21  herein, and are legally liable to Plaintiffs. Plaintiffs will seek leave to amend this Complaint to set
22  forth the true names and capacities of the fictitiously named Defendant, together with appropriate
23  charging allegations, when ascertained.

24    6.    All acts of corporate employees as alleged were authorized or ratified by an officer,
25  director, or managing agent of the corporate employer.

26    7.    Each Defendant, whether actually or fictitiously named herein, was the principal, agent
27  (actual or ostensible), or employee of each other Defendant, and in acting as such principal or within
28  the course and scope of such employment or agency, took some part in the acts and omissions

-2-

MARTINEZ v. FORD COMPLAINT

1  hereinafter set forth by reason of which each Defendant is liable to Plaintiffs for the relief prayed for

2  herein. The sales contract is attached and incorporated by its reference as Exhibit 1.

3      8.   On July 30, 2012, Plaintiffs purchased a used 2010 Ford Escape, VIN:

4  1FMCU0DG7AKB66218, ("the vehicle"). Express warranties accompanied the sale of the vehicle

5  to Plaintiffs by which FORD undertook to preserve or maintain the utility or performance of

6  Plaintiffs' vehicle or to provide compensation if there was a failure in such utility or performance.

7      9.   The vehicle was delivered to Plaintiffs with serious defects and nonconformities to

8  warranty and developed other serious defects and nonconformities to warranty including, but not

9  limited to, engine and transmission defects.

10     10.  Plaintiffs hereby revoke acceptance of the sales contract.

11     11.  Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code

12 sections 1790 *et seq.* the subject vehicle constitutes "consumer goods" used primarily for family or

13 household purposes, and Plaintiffs have used the vehicle primarily for those purposes.

14     12.  Plaintiffs are a "buyer" of consumer goods under the Act.

15     13.  Defendant FORD is a "manufacturer" and/or "distributor" under the Act.

16     14.  Plaintiffs hereby demand trial by jury in this action.

17

18                    **FIRST CAUSE OF ACTION**

19          **Violation of the Song-Beverly Act – Breach of Express Warranty**

20     15.  Plaintiffs incorporate herein by reference each and every allegation contained in the

21 preceding and succeeding paragraphs as though herein fully restated and re-alleged.

22     16.  Express warranties accompanied the sale of the vehicle to Plaintiffs by which FORD

23 undertook to preserve or maintain the utility or performance of Plaintiffs' vehicle or to provide

24 compensation if there was a failure in such utility or performance.

25     17.  The vehicle was delivered to Plaintiffs with serious defects and nonconformities to

26 warranty and developed other serious defects and nonconformities to warranty including, but not

27 limited to, engine and transmission defects.

28 ///

                            -3-

                 MARTINEZ v. FORD COMPLAINT

18.   Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code sections 1790 *et seq.* the vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes.

19.   Plaintiffs are the "buyer" of consumer goods under the Act.

20.   Defendant FORD is a "manufacturer" and/or "distributor" under the Act.

21.   The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value and/or safety of the vehicle.

22.   Plaintiffs delivered the vehicle to an authorized FORD repair facility for repair of the nonconformities.

23.   Defendant was unable to conform Plaintiffs' vehicle to the applicable express after a reasonable number of repair attempts.

24.   Notwithstanding Plaintiffs' entitlement, Defendant FORD has failed to either promptly replace the used motor vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

25.   By failure of Defendant to remedy the defects as alleged above, or to issue a refund or replacement vehicle, Defendant is in breach of its obligations under the Song-Beverly Act.

26.   Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to discovery of the nonconformities.

27.   Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendant's failure to comply with its obligations under the Song-Beverly Act.

28.   Plaintiffs are entitled under the Song-Beverly Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action.

29.   Plaintiffs are entitled in addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages for FORD's willful failure to comply with its responsibilities under the Act.

///

-4-

## SECOND CAUSE OF ACTION

### Violation of the Song-Beverly Act – Breach of Implied Warranty

30.   Plaintiffs incorporate herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

31.   FORD and its authorized dealership at which Plaintiffs purchased the subject vehicle had reason to know the purpose of the subject vehicle at the time of sale of the subject vehicle. The sale of the subject vehicle was accompanied by an implied warranty of fitness.

32.   The sale of the subject vehicle was accompanied by an implied warranty that the subject vehicle was merchantable pursuant to Civil Code section 1792.

33.   The subject vehicle was not fit for the ordinary purpose for which such goods are used because it was equipped with a defective engine and transmission.

34.   The subject vehicle did not measure up to the promises or facts stated on the container or label because it was equipped with a defective engine and transmission.

35.   The subject vehicle was not of the same quality as those generally acceptable in the trade because it was equipped with a defective engine and transmission.

36.   Plaintiffs are entitled to justifiably revoke acceptance of the subject vehicle under Civil Code, section 1794, *et seq;*

37.   Plaintiffs hereby revoke acceptance of the subject vehicle.

38.   Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, *et seq.*

39.   Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, *et seq.* and Commercial Code, section 2711.

40.   Plaintiffs are entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, *et seq.*

41.   Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 *et seq* and Commercial Code, sections 2711, 2712, and 2713 *et seq.*

///

///

-5-

MARTINEZ v. FORD COMPLAINT

## THIRD CAUSE OF ACTION

### Violation of the Song-Beverly Act Section 1793.2

42.   Plaintiffs incorporate herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

43.   Pursuant to Civil Code, section 1793.2, subdivision (a) a manufacturer that sells consumer goods in California, for which it has made an express warranty, shall maintain service and repair facilities or designate and authorize independent service and repair facilities to carry out the terms of those warranties.

44.   Pursuant to Civil Code, section 1793.2, subdivision (b), when service and repair of goods is necessary because they do not conform with the applicable express warranties, service and repair shall be commenced within a reasonable time by the manufacturer or its representative.

45.   Civil Code, section 1793.2, subdivision (b) further states that goods shall be serviced or repaired so as to conform to the applicable warranties within 30 days.

46.   The sale of the Subject Vehicle was accompanied by express warranties, including a warranty guaranteeing that the Subject Vehicle was safe to drive and not equipped with defective parts, including the engine and transmission.

47.   Plaintiffs delivered the Subject Vehicle to FORD's authorized service representative(s), JIM BURKE FORD, on multiple occasions.   The subject vehicle was delivered for repairs of the engine and transmission, which amount to a nonconformity to the express warranties that accompanied the sale of the subject vehicle.

48.   Since delivery of the subject vehicle to JIM BURKE FORD, over thirty days have passed and FORD and JIM BURKE FORD have failed to tender the subject vehicle back to Plaintiffs in conformance with its warranties.

49.   Plaintiffs are entitled to justifiably revoke acceptance of the subject vehicle under Civil Code, section 1794, *et seq*;

50.   Plaintiffs hereby revoke acceptance of the subject vehicle.

51.   Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, *et seq.*

-6-

52.   Plaintiffs are entitled to rescission of the contract pursuant to Civil Code section 1794, *et seq.* and Commercial Code, section 2711.

53.   Plaintiffs are entitled to recover any "cover" damages under Commercial Code sections 2711, 2712, and Civil Code, section 1794, *et seq.*

54.   Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 *et seq* and Commercial Code sections, 2711, 2712, and 2713 *et seq.*

55.   Plaintiffs are entitled in addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages in that FORD has willfully failed to comply with its responsibilities under the Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, as follows:

1.   For general, special and actual damages according to proof at trial;

2.   For rescission of the purchase contract and restitution of all monies expended;

3.   For diminution in value;

4.   For incidental and consequential damages according to proof at trial;

5.   For civil penalty in the amount of two times Plaintiffs' actual damages;

///
///
///
///
///
///
///
///
///
///
///
///

-7-

MARTINEZ v. FORD COMPLAINT

6. For prejudgment interest at the legal rate;

7. For reasonable attorney's fees and costs of suit; and

8. For such other and further relief as the Court deems just and proper under the circumstances.

Plaintiffs, PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ, hereby demand trial by jury in this action.


Dated: October 17, 2018

KNIGHT LAW GROUP, LLP


STEVE MIKHOV (SBN 224676)
AMY MORSE (SBN 290502)
Attorneys for Plaintiffs,
PAUL CORTEZ MARTINEZ and
ESTELLA C. MARTINEZ

-8-

MARTINEZ v. FORD COMPLAINT

# EXHIBIT 1

**LAW® 553-CA-ARB 7/12**

Rg 5/12-1

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

DEAL   110922
Dealer Number 238          Contract Number _____          R.O.S. Number _____          Stock Number P11880

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| PAUL CORTEZ MARTINEZ 10008 BATTERSEA PARK DR BAKERSFIELD CA 93312-5629 KERN  COUNTY | ESTELLA C MARTINEZ 581 PARK ST TEHACHAPI CA  93561-1840 KERN  COUNTY | JIM BURKE FORD 2001 OAK STREET BAKERSFIELD, CA 93301 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2010 | FORD ESCAPE | 32854 | 1FMCU0DG7AKB66218 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 4000.00 (e) |
|---|---|---|---|---|
| 4.90 % | $ 3023.21 (e) | $ 19070.71 | $ 22093.92 (e) | $ 26093.92 (e) |

(e) means an estimate

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

#### Vehicle Insurance

|  | Term | Premium |
|---|---|---|
| $ N/A Ded Comp, Fire & Theft | N/A Mo. | $ N/A |
| $ N/A Ded Collision | N/A Mo. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mo. | $ N/A |
| Property Damage $ N/A Limits | N/A Mo. | $ N/A |
| Medical N/A | N/A Mo. | $ N/A |

| One Payment of | N/A | N/A | | N/A — No. $ N/A |
|---|---|---|---|---|
| 71   Payments | 305.86 | Monthly, Beginning 09/13/12 | | Total Vehicle Insurance Premiums $ N/A |
|    Payments | | Monthly, Beginning N/A | | |
| One Final Payment | 305.86 | 08/13/2018 | | |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT FINANCED BY THIS AGREEMENT.

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charge, and security interest.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X  JIM BURKE FORD

ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories          $ 18861.13 (A)
      1. Cash Price Vehicle               $ 18861.13
      2. Cash Price Accessories           $ N/A
      3. Other (Nontaxable)
         Describe   N/A                   $ N/A
         Describe   N/A                   $ N/A
   B. Document Processing Charge (not a governmental fee)   $ 80.00 (B)
   C. Emissions Testing Charge (not a governmental fee)     $ 50.00 (C)
   D. (Optional) Theft Deterrent Device (to whom paid) ___  $ N/A (D)
   E. (Optional) Theft Deterrent Device (to whom paid) N/A  $ N/A (E)
   F. (Optional) Theft Deterrent Device (to whom paid) ___  $ N/A (F)
   G. (Optional) Surface Protection Product (to whom paid) N/A  $ N/A (G)
   H. (Optional) Surface Protection Product (to whom paid) N/A  $ N/A (H)
   I. Sales Tax (on taxable items in A through H)           $ 1384.73 (I)
   J. Electronic Vehicle Registration or Transfer Charge
      (not a governmental fee) (to whom paid)   CVR         $ 18.50 (J)
   K. (Optional) Service Contract (to whom paid) FORD PREMIUMCAR $ 1695.00 (K)
   L. (Optional) Service Contract (to whom paid) ___        $ N/A (L)
   M. (Optional) Service Contract (to whom paid) N/A        $ N/A (M)
   N. (Optional) Service Contract (to whom paid) N/A        $ N/A (N)
   O. (Optional) Service Contract (to whom paid) N/A        $ N/A (O)
   P. Prior Credit or Lease Balance paid by Seller to
      N/A                                      (+) $        N/A (P)
      (see downpayment and trade-in calculation)
   Q. (Optional) Gap Contract (to whom paid) FORD GAP       $ 650.00 (Q)
   R. (Optional) Used Vehicle Contract Cancellation Option Agreement  $ N/A (R)
   S. Other (to whom paid) N/A
      For  N/A                                   $ N/A (S)
   Total Cash Price (A through S)                $ 22829.46 (1)
2. Amounts Paid to Public Officials
   A. Vehicle License Fees  ESTIMATE             $ 123.00 (A)
   B. Registration/Transfer/Titling Fees         $ 110.00 (B)
   C. California Tire Fees                        $ (C)
   D. Other                                       $ (D)
   Total Official Fees (A through D)              $ 233.00 (2)
3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column a + b)  $ N/A (3)

Application for Optional Credit Insurance
☐ Credit Life:   ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)

|  | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A | Max N/A | $ N/A |
| Credit Disability | N/A | Max N/A | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name N/A

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday, (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to 'Total Disabilities Not Covered' in your policy for details). You want to buy the credit insurance.

Date _____  Buyer Signature X N/A     Age ___

Date _____  Co-Buyer Signature X N/A  Age ___

OPTIONAL GAP CONTRACT A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge.

4. License Emissions Certification Fee or L.P State Emissions Exemption Fee .......... $ ___0.25___ (4)

5. Subtotal (1 through 4) .......... $ ___23070.71___ (5)

6. Total Downpayment

| | | |
|---|---|---|
| A. Agreed Trade-In Value  Yr __N/A__ Make __N/A__ | $ | __N/A__ (A) |
| Model __N/A__ Odom __N/A__ | | |
| VIN __N/A__ | | |
| B. Less Prior Credit or Lease Balance (e) | $ | __N/A__ (B) |
| C. Net trade-in (A less B) (indicate if a negative number) | $ | __N/A__ (C) |
| D. Deferred Downpayment | $ | __N/A__ (D) |
| E. Manufacturer's Rebate | $ | __N/A__ (E) |
| F. Other _____ | $ | __N/A__ (F) |
| G. Cash | $ | __4000.00__ (G) |
| Total Downpayment (C through G) | $ | __4000.00__ (6) |

(if negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1P above)

7. Amount Financed (5 less 6) .......... $ ___19020.71___ (7)

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS OF BOTH THE TOTAL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: ___N/A___

Amount $ __N/A__   Finance Charge $ __N/A__

Total $ __N/A__   Payable in __N/A__

Installments of $ __N/A__

from this Loan is shown in Item 80.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

SELLER'S RIGHT TO CANCEL: If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign such contract to a financial institution will apply.

Buyer _____   Co-Buyer _____

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs _____

Co-Buyer Signs _____

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before _____, Year ____. SELLER'S INITIALS ____

---

Change, if you choose to buy a gap contract, we charge a down in item 1D of this Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos. __FORD GAP__
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs _____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1K, 1L, 1M, 1N and/or 1O.

| | | |
|---|---|---|
| 1K Company __FORD PREMIUMCARE__ | | |
| Term __84__ Mos. or __100000__ Mks | | |
| 1L Company __N/A__ | | |
| Term __N/A__ Mos. or __N/A__ Mks | | |
| 1M Company __N/A__ | | |
| Term __N/A__ Mos. or __N/A__ Mks | | |
| 1N Company __N/A__ | | |
| Term __N/A__ Mos. or __N/A__ Mks | | |
| 1O Company __N/A__ | | |
| Term __N/A__ Mos. or __N/A__ Mks | | |

Buyer Signs _____

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs _____

Co-Buyer Signs _____

---

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ABOVE, FOR FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

X/S _____   X _____

Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in Item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from you or the lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Co-Buyer Signs Here X _____

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____  Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _____  Date 07/30/12  Co-Buyer Signature X _____  Date 07/30/12
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X _____  Address _____

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less than the Buyer than the total amount owing, or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default, and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____  Date 07/30/12   Guarantor X _____  Date 07/30/12
Address _____        Address _____

Seller Signs   JIM BURKE FORD _____  Date 07/30/12 _____   By _____

LAW FORM NO. 553-CA-ARB

ORIGINAL LIENHOLDER

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Steve Mikhov (SBN 224676)/Amy Morse (290502)<br>Knight Law Group, LLP<br>10250 Constellation Blvd. Suite 2500. Los Angeles, CA 90067<br>TELEPHONE NO. (310) 552-2250    FAX NO. (310) 552-7973<br>ATTORNEY FOR (Name): PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ | **ELECTRONICALLY FILED**<br>**10/18/2018 8:52 AM**<br>**Kern County Superior Court**<br>**Tamarah Harber-Pickens**<br>**By Rebecca Polson, Deputy** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metropolitan Division

CASE NAME: PAUL CORTEZ MARTINEZ and ESTELLA C MARTINEZ
v. FORD MOTOR COMPANY, a Delaware Corporation, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount       (Amount<br>demanded       demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | BCV-18-102639<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary  b.[ ] nonmonetary; declaratory or injunctive relief  c.[ ] punitive
4. Number of causes of action (specify): 3
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:
Steve Mikhov
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.740,<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the *primary* cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
 Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment (*non-domestic relations*)
 Sister State Judgment
 Administrative Agency Award (*not unpaid taxes*)
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
 Declaratory Relief Only
 Injunctive Relief Only (*non-harassment*)
 Mechanics Lien
 Other Commercial Complaint Case (*non-tort/non-complex*)
 Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

ELECTRONICALLY FILED
10/18/2018 8:52 AM
Kern County Superior Court
Tamarah Harber-Pickens
By Rebecca Polson, Deputy

1  **KNIGHT LAW GROUP, LLP**

2  Steve Mikhov (SBN 224676)
   stevem@knightlaw.com

3  Amy Morse (SBN 290502)
   amym@knightlaw.com

4  10250 Constellation Blvd., Suite 2500

5  Los Angeles, CA 90067
   Telephone: (310) 552-2250

6  Fax: (310) 552-7973

7  Attorneys for Plaintiffs,
   PAUL CORTEZ MARTINEZ and

8  ESTELLA C. MARTINEZ

9              **SUPERIOR COURT OF CALIFORNIA**

10                  **COUNTY KERN**

11

12  **PAUL CORTEZ MARTINEZ and**           Case No.:  BCV-18-102639

13  **ESTELLA C. MARTINEZ,**               Unlimited Jurisdiction

14                                         **DEMAND FOR JURY TRIAL**
            Plaintiff,
15
                                           *Assigned for All Purposes to the*
16      vs.                                *Honorable*

17

18  **FORD MOTOR COMPANY, a Delaware**     Department

19  **Corporation, and DOES 1 through 10,**
    **inclusive,**
20
            Defendants.
21

22

23

24

25

26

27

28

-1-

**DEMAND FOR JURY TRIAL**

1

## DEMAND FOR JURY TRIAL

2  Plaintiffs, PAUL CORTEZ MARTINEZ and ESTELLA C. MARTINEZ, hereby demand trial by

3  jury in this action.

4

5  Dated: _10/17/18_

6

7

8

9

10

                                           KNIGHT LAW GROUP, LLP

                                           Steve Mikhov (SBN 224676)

                                           Amy Morse (SBN 290502)

                                           Attorneys for Plaintiff,

                                           PAUL CORTEZ MARTINEZ and

                                           ESTELLA C. MARTINEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## DEMAND FOR JURY TRIAL