1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL CORTEZ MARTINEZ, et al.,        ) Case No.: 1:18-CV-01607-LJO-JLT
                                          )
12            Plaintiffs,                 )
                                          ) ORDER AFTER NOTICE OF SETTLEMENT
13       v.                               )
                                          ) (Doc. 20)
14   FORD MOTOR COMPANY, et al.,          )
                                          )
15            Defendants.                 )
                                          )
16                                        )
                                          )
17   _____     )

18        The parties report they have settled the matter in principle, and "request that the Court vacate

19   any upcoming hearings and deadlines while settlement is pending." (Doc. 20 at 2) Thus, the Court

20   **ORDERS**:

21        1.    The stipulation to dismiss the action **SHALL** be filed **no later than January 20, 2020**;

22        2.    All pending dates, conferences and hearings are **VACATED**.

23   **The parties are advised that failure to comply with this order may result in the Court imposing**

24   **sanctions, including the dismissal of the action.**

25   IT IS SO ORDERED.

26

27   Dated:   __November 20, 2019__        _____**/s/ Jennifer L. Thurston**_____
                                           UNITED STATES MAGISTRATE JUDGE
28